**MELMED LAW GROUP P.C.**
Jonathan Melmed (SBN 290218)
jm@melmedlaw.com
Laura Supanich (SBN 314805)
lms@melmedlaw.com
Michiko Vartanian (SBN 323979)
mv@melmedlaw.com
1801 Century Park East, Suite 850
Los Angeles, California 90067
Phone: (310) 824-3828
Fax: (310) 862-6851

Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITXAMAR HERNANDEZ, an individual, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>     v.<br><br>ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a Delaware limited liability company; PRONTO CALIFORNIA AGENCY, LLC, a California limited liability company; PRONTO CALIFORNIA GENERAL AGENCY, LLC, a California limited liability company; and DOES 1 TO 50,<br><br>     Defendants. | Case Number: 3:22-cv-01910-H-DEB<br><br>**Plaintiff's Notice of Motion and Motion for Preliminary Approval of Class Action Settlement**<br><br>Date:  April 8, 2024<br>Time: 10:30 a.m.<br>Dept: 12<br>Judge: Hon. Marilyn L. Huff<br><br>State Action Filed:  October 28, 2022<br>Removal Date:       December 2, 2022 |

## NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on April 8, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Department 12 of the United States District Court for the Southern District of California, located at the James M. Carter and Judith N. Keep United States Courthouse at 333 West Broadway, San Diego, California 92101, before the Honorable Marilyn L. Huff, pursuant to Rule 23, subdivisions (e) and (g), of the Federal Rules of Civil Procedure, Plaintiff Itxamar Hernandez ("Plaintiff"), on behalf of herself, the State of California, as a private attorneys general, and on behalf of all others similarly situated, will and hereby does move this Court for entry of an order:

1. Preliminarily certifying the settlement class for purposes of settlement;

2. Preliminarily appointing Plaintiff as class representative for purposes of settlement;

3. Preliminarily appointing Jonathan Melmed and Laura M. Supanich of Melmed Law Group P.C. as class counsel for purposes of settlement;

4. Preliminarily approving the settlement as fair, adequate, and reasonable, based upon the terms set forth in a settlement agreement between Plaintiff and Defendants Arthur J. Gallagher Service Company, LLC, Pronto California Agency, LLC and Pronto California General Agency, LLC ("Defendants') titled *Joint Stipulation of Class and Representative Action Settlement and Release* and the *Addendum to Joint Stipulation of Class and Representative Action Settlement and Release* (referred to together as the "Settlement Agreement"), including payment by Defendants of the non-reversionary gross settlement amount of $4,000,000.00 ("Gross Settlement Amount") for a class of approximately 2,169 individuals who are or were employed by Defendants as non-exempt employees in California from the period of October 28, 2018, through the date of preliminary approval;

5. Preliminarily approving payment of reasonable attorneys' fees and costs from the Gross Settlement Amount in an amount not to exceed 33.33% of the Gross

Settlement Amount (i.e., up to $1,333,333.33), plus necessary litigation costs not to exceed $20,000.00;

6. Preliminarily approving a class representative incentive payment to Plaintiff in an amount of up to $7,500.00 from the Gross Settlement Amount to compensate her for the responsibilities, time, effort, and risks involved in coming forward on behalf of the proposed class;

7. Preliminarily approving the allocation of $150,000.00 for penalties pursuant to the California Labor Code Private Attorneys General Act of 2004, of which 75% (i.e., $112,500.00) shall be paid to the California Labor and Workforce Development Agency ("LWDA") from the Gross Settlement Amount, with the remaining 25% (i.e., $37,500.00) payable to the aggrieved employees;

8. Appointing ILYM Group Inc. (the "Settlement Administrator") as the settlement administrator to handle the notice and administration process and preliminarily approving settlement administration costs not to exceed $55,000.00;

9. Approving the proposed class notice and ordering it be disseminated to the class members as provided in the Settlement Agreement;

10. Directing the Settlement Administrator to mail the class notice to the proposed class;

11. Approving the proposed deadlines for the notice and administration process as reflected herein and in the Settlement Agreement; and

12. Setting a date for a final fairness hearing to determine, following dissemination of the proposed class notice packet, whether to grant final approval of the settlement.

This motion is based upon this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; the Memorandum of Points and Authorities in Support thereof; the declaration of Plaintiff's counsel Jonathan Melmed; the declaration of Plaintiff; the Settlement Agreement; the proposed class notice; the proposed order granting preliminary approval of the Settlement Agreement and setting a settlement

1  fairness hearing; the other records, pleadings, and papers filed in this action; and upon
2  such other evidence or argument as may be presented to the court at the hearing of this
3  motion.
4      Defendants do not oppose entry of an order granting preliminary approval of the
5  proposed class action settlement and setting a final approval and fairness hearing.

Dated: February 29, 2024

**MELMED LAW GROUP P.C.**

**JONATHAN MELMED**
Attorney for Plaintiff, the Putative Class, and the Aggrieved Employees