# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITXAMAR HERNANDEZ, on behalf of herself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a Delaware limited liability company; PRONTO CALIFORNIA AGENCY LLC, a California limited liability company; PRONTO CALIFORNIA GENERAL AGENCY, LLC, a California limited liability company; and DOES 1-50,<br><br>Defendants. | Case No.: 22-cv-01910-H-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE FOR PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT**<br><br>[Doc. No. 50.] |

On April 4, 2024, the parties filed a joint motion for leave for Plaintiff Itxamar Hernandez to file a third amended complaint. (Doc. No. 50.) The parties attached Plaintiff's proposed third amended complaint to the joint motion. (See id. Ex. A.) In the joint motion, the parties also stipulate to the following:

[1.] Defendants and the Gallagher Entities shall maintain any and all affirmative defenses but shall not be required to file an answer or other responsive pleading to the TAC, and Plaintiff is precluded from any right to:

(a) obtain default judgment on the ground that Defendants and/or the Gallagher Entities did not respond to the TAC; (b) argue that Defendants and/or the Gallagher Entities waived any right to a motion to dismiss or other challenge to the pleadings; and (c) argue that any affirmative defense was waived.

[2.] If this Court does not grant Preliminary Approval or Final Approval of the Settlement, Plaintiff will withdraw the TAC and it will be void *ab initio*.

(Id. at 5.)

For good cause shown, the Court grants the parties' joint motion. See Fed. R. Civ. P. 15(a)(2) (stating "a party may amend its pleading . . . with the opposing party's written consent"). Plaintiff must file her third amended complaint, (Doc. No. 50, Ex. A), **within seven (7) days from the date this order is filed**.

**IT IS SO ORDERED.**

DATED: April 4, 2024

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT