1 | JOAN B. TUCKER FIFE (SBN: 144572)
jfife@winston.com
2 | WINSTON & STRAWN LLP
101 California Street, 35th Floor
3 | San Francisco, CA 94111
Telephone: (415) 591-1000
4 | Facsimile: (415) 591-1400

5 | EMILIE C. WOODHEAD (SBN: 240464)
ewoodhead@winston.com
6 | CAITLIN MCCANN (SBN: 305626)
cwtran@winston.com
7 | WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
8 | Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
9 | Facsimile: (213) 615-1750

10 | Attorney for Defendants
ARTHUR J. GALLAGHER SERVICE COMPANY, LLC
11 | PRONTO CALIFORNIA AGENCY, LLC
PRONTO CALIFORNIA GENERAL AGENCY, LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ITXAMAR HERNANDEZ, an individual, on behalf of herself, the State of California, as a private attorney general, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARTHUR J. GALLAGHER SERVICE COMPANY, LLC, a Delaware limited liability company; PRONTO CALIFORNIA AGENCY, LLC, a California limited liability company; PRONTO CALIFORNIA GENERAL AGENCY, LLC, a California limited liability company; and DOES 1 to 50,<br><br>Defendants | **Case No. 3:22-cv-01910-H-DEB**<br><br>**SECOND ADDENDUM TO JOINT STIPULATION OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AND RELEASE**<br><br>Complaint filed:   October 28, 2022<br>FAC filed:   May 3, 2023<br>SAC filed:   June 7, 2023 |

1

**SECOND ADDENDUM TO JOINT STIPULATION OF CLASS AND REPRESENTATIVE ACTION SETTLEMENT AND RELEASE**

Plaintiff Itxamar Hernandez ("Plaintiff") and Defendants Arthur J. Gallagher Service Company, LLC, Pronto California Agency, LLC, and Pronto California General Agency, LLC (collectively, "Defendants") previously executed the Stipulation of Class and Representative Action Settlement and Release (the "Agreement"). That Agreement is integrated (*see* Agreement Section 12.1).

The release language in the Agreement (Sections 1.42 and 1.43) erroneously omitted the following Labor Code sections, which shall also be released for Participating Class Members: 245 *et seq.*, 432, 2810.3, and 2810.5. These are sections that relate to the previously identified released claims, and adding them into the release does not change the *Kullar* analysis.

This Addendum plus the Agreement together with the Agreement's attached /Addendum (collectively attached as Exhibit A to the Declaration of Jonathan Melmed, Dkt. 49-2) shall constitute the entire agreement between the Parties relating to the Settlement, superseding any and all oral representations, warranties, covenants or inducements made to or by any Party.

Dated: April 8, 2024   **MELMED LAW GROUP P.C.**

By: */s/ Jonathan Melmed*
    Jonathan Melmed
    Laura Supanich
    Attorneys for Plaintiff

Dated: April 8, 2024   **WINSTON & STRAWN LLP**

*/s/ Emilie C. Woodhead*
By:   Joan B. Tucker Fife
       Emilie C. Woodhead
       Caitlin McCann
       Attorneys for Defendants