1  **MELMED LAW GROUP P.C.**
2  Jonathan Melmed (SBN 290218)
   jm@melmedlaw.com
3  Laura Supanich (SBN 314805)
4  lms@melmedlaw.com
   Michiko Vartanian (SBN 323979)
5  mv@melmedlaw.com
6  1801 Century Park East, Suite 850
   Los Angeles, California 90067
7  Phone: (310) 824-3828
8  Fax: (310) 862-6851

9  Attorneys for Plaintiff, the Putative Class, and the Aggrieved Employees

10          **UNITED STATES DISTRICT COURT**
11          **SOUTHERN DISTRICT OF CALIFORNIA**

12
   ITXAMAR HERNANDEZ, an                    Case Number: 3:22-cv-01910-H-DEB
13 individual, on behalf of herself and all
   others similarly situated,               **Notice of Motion and Motion for Order**
14                                           **Granting Final Approval of Class**
                                             **Action Settlement**
15      Plaintiff,

16      v.                                   Date:       August 26, 2024
                                             Time:       10:30 a.m.
17 ARTHUR J. GALLAGHER SERVICE               Dept:       12
18 COMPANY, LLC, a Delaware limited          Judge:      Hon. Marilyn L. Huff
   liability company; PRONTO
19 CALIFORNIA AGENCY, LLC, a
   California limited liability company;
20 PRONTO CALIFORNIA GENERAL                 State Action Filed:  October 28, 2022
21 AGENCY, LLC, a California limited          Removal Date:        December 2, 2022
   liability company; and DOES 1 TO 50,      FAC Filed:           April 4, 2023
22                                           SAC Filed            June 7, 2023
23      Defendants.                          TAC Filed:           April 11, 2024

24
25
26
27
28

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT

## NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL

## TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

**NOTICE IS HEREBY GIVEN** that on August 26, 2024, at 10:30 a.m., or as soon thereafter as the matter may be heard, in Department 12 of the United States District Court for the Southern District of California, located at the James M. Carter and Judith N. Keep United States Courthouse at 333 West Broadway, San Diego, California 92101, before the Honorable Marilyn L. Huff, pursuant to Fed. R. Civ. P. 23(e), Plaintiff Itxamar Hernandez ("Plaintiff"), on behalf of herself, the State of California, as a private attorney general, and on behalf of all others similarly situated, will and hereby does move this Court for entry of an order:

1.  Finally approving the class action settlement between Plaintiff and Defendants Arthur J. Gallagher Service Company, LLC, Pronto California Agency, LLC and Pronto California General Agency, LLC ("Defendants") (collectively, the "Parties") as fair, adequate, and reasonable, based on the terms set forth in the Parties' *Joint Stipulation of Class and Representative Action Settlement and Release* and the *Addendum to Joint Stipulation of Class and Representative Action Settlement and Release* (referred to together as the "Settlement Agreement"), including the payment by Defendant of the non-reversionary gross settlement amount of $4,000,000.00 ("Gross Settlement Amount"), plus the employer's portion of applicable payroll taxes;

2.  Finally appointing the named Plaintiff, Itxamar Hernandez, as class representative for purposes of settlement;

3.  Finally appointing Jonathan Melmed and Laura Supanich of Melmed Law Group P.C. as class counsel for purposes of settlement;

4.  Finding that the notice of settlement provided by Plaintiff to the California Labor and Workforce Development Agency ("LWDA") satisfied the requirements of the California Labor Code Private Attorneys General Act ("PAGA");

5.  Finally approving the allocation for attorneys' fees of one-third of the Gross Settlement Amount (i.e., $1,333,333.33), plus necessary litigation costs of $14,537.42;

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

1    6.    Finally approving ILYM Group, Inc. as the third-party settlement

2    administrator (the "Settlement Administrator") and approving payment of $23,000.00

3    for the costs of administering the settlement;

4    7.    Finding that the *Court Approved Notice of Class Action Settlement and*

5    *Hearing Date for Final Court Approval* (the "Notice Packet") provided by the

6    Settlement Administrator to the Class complied with the Court's Preliminary Approval

7    Order;

8    8.    Finally approving the allocation of $150,000.00 for penalties pursuant to

9    the California Labor Code Private Attorneys General Act of 2004, of which 75% (i.e.,

10   $112,500.00) shall be paid to the LWDA from the Gross Settlement Amount, with the

11   remaining 25% (i.e., $37,500.00) payable to the aggrieved employees;

12   9.    Finally approving a class representative incentive payment to Plaintiff in

13   an amount of $7,500.00 from the Gross Settlement Amount to compensate her for the

14   burdens, responsibilities, time, effort, and risks involved in coming forward on behalf of

15   the proposed class; and

16   10.    Binding all of the participating class members (i.e., all class members who

17   do not timely elect to exclude themselves from the Settlement Agreement) to the terms

18   of the Settlement Agreement, including the release specified therein.

19   This motion is based on this notice and motion; the memorandum of points and

20   authorities in support thereof; the declaration of Plaintiff's counsel; the declaration of

21   Plaintiff, the declaration of the Settlement Administrator; the Settlement Agreement; the

22   other records, pleadings, and papers filed in this action; and upon such other evidence

23   or argument as may be presented to the court at the hearing of this motion.

24   This motion is made following the conference of counsel via email pursuant to

25   L.R. 7-3 which took place on July 28, 2024.

26

27

28

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS
ACTION SETTLEMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: July 29, 2024

**MELMED LAW GROUP P.C.**

**JONATHAN MELMED**
Attorney for Plaintiff, the Putative Class, and the
Aggrieved Employees

4