

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Itxamar Hernandez, an individual, on behalf of herself, the State of California, as a private attorney general, and all others similarly situated | **Plaintiff,** | Civil Action No.   22-cv-1910-H-DEB |
| | V. | |
| See Attachment | | **JUDGMENT IN A CIVIL CASE** |
| | **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court grants Plaintiff's motion. The Court has jurisdiction over the subject matter of this action and all parties to the action, including the settlement class members. First, the Court certifies the settlement class and grants final approval of the settlement, including the PAGA payment. All persons who satisfy the class definitions and did not opt out of the settlement classes by the deadline are class members bound by this Order. The form and method of notice satisfied the requirements of the Federal Rules of Civil Procedure and the United States Constitution. Second, the Court grants class counsel $1,333,333.33 in attorneys' fees and $14,537.42 in documented out-of-pocket litigation expenses. The Court also grants $23,000.00 in costs to the settlement administrator. Further, the Court grants Plaintiff an incentive award of $7,500.00. The attorneys' fees, costs, and incentive award will be paid out of the settlement fund.

**Date:**    8/26/24

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M.Williams

M.Williams, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

Civil Action No.   22-cv-1910-H-DEB

Defendants
Arthur J. Gallagher Service Company, LLC, a Delaware limited liability company; Pronto Auto Insurance Services, Inc.,a California corporation; Does 1 to 50; Pronto California Agency LLC,a Delaware limited liability company; Pronto California General Agency; Arthur J. Gallagher  & Co., a Delaware corporation; Arthur J. Gallagher Service Company, Inc. a Delaware corporation; Arthur J. Gallagher & Co. Insurance Brokers of California, Inc., a California Corporation; Arthur J. Gallagher Risk Management Services, Inc., an Illinois corporation; Gallagher Basset Services, Inc., a Delaware corporation; Risk Placement Services, Inc., an Illinois corporation; Gallagher Benefit Services, Inc., a Delaware corporation; Arthur J. Gallagher Brokerage & Risk Management Services,LLC, a California limited liability company; Arthur J. Gallagher (U.S.) LLC, a Delaware limited liability company; Premier Insurance Services, Inc., a California corporation